# Exhibit 1

US00D935892S

| (12) | United States Design Patent | (10) Patent No.: | US D935,892 S |
|---|---|---|---|
| | Zaharinov | (45) Date of Patent: | ** Nov. 16, 2021 |

(54) **COLLAPSIBLE CONTAINER**

(71) Applicant: **DIFOLD INC.**, Middletown, DE (US)

(72) Inventor: **Petar Kirilov Zaharinov**, Sofia (BG)

(73) Assignee: **DIFOLD INC.**, Middletown, DE (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/712,365**

(22) Filed: **Nov. 7, 2019**

(51) **LOC (13) Cl.** .................................................. **09-05**

(52) **U.S. Cl.**
  USPC .......................................................... **D9/695**

(58) **Field of Classification Search**
  USPC ........ D9/695–699, 702–703, 705, 707–708,
  D9/711–712, 521–522, 516, 541,
  D9/556–560, 723–729, 447, 442–443,
  D9/453, 730, 686, 688–693, 435, 440;
  215/355, 380–381; 222/212, 92, 95–96,
  222/107, 215, 531, 386, 536, 207, 394;
  220/669, DIG. 7; D28/91.1, 76–78, 82,
  D28/88, 7; D4/112, 114; D24/119, 133;
  206/229; 401/184; D19/66; 221/64,
  221/208, 278
  CPC ........ B65D 35/00; B65D 35/28; B65D 35/02;
  B65D 35/04; B65D 35/08; B65D 35/36;
  B65D 35/38; B65D 5/00; B65D 5/001;
  B65D 5/0227; B65D 5/0254; B65D
  5/0045; B65D 5/18; B65D 5/2033; B65D
  5/38; B65D 1/32; B65D 1/00; B65D
  1/322; B65D 1/24; B65D 1/38
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D604,164 S | * | 11/2009 | Miller | D9/521 |
| D693,237 S | * | 11/2013 | Bates | D9/697 |
| D760,592 S | * | 7/2016 | Charnley | D9/574 |
| D858,307 S | * | 9/2019 | Latour | D9/695 |
| D924,059 S | * | 7/2021 | Lyon | D9/516 |
| D925,372 S | * | 7/2021 | Maclam | D9/574 |

* cited by examiner

*Primary Examiner* — Abraham Bahta
(74) *Attorney, Agent, or Firm* — Marshall, Gerstein & Borun LLP

(57) **CLAIM**

The ornamental design for a collapsible container, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the collapsible container showing my new design;
FIG. **2** is a front view, the back view being a mirror image thereof; and,
FIG. **3** is a left side view, the right side view being a mirror image thereof.
The broken lines are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





FIG. 1



**FIG. 2**



**FIG. 3**

US0D1002386S

# (12) United States Design Patent
## Zaharinov

(10) Patent No.: **US D1,002,386 S**
(45) Date of Patent: ∗∗ **Oct. 24, 2023**

(54) **COLLAPSIBLE CONTAINER**

(71) Applicant: **DIFOLD INC.**, Middletown, DE (US)

(72) Inventor: **Petar Kirilov Zaharinov**, Sofia (BG)

(73) Assignee: **DIFOLD INC.**, Middletown, DE (US)

(∗∗) Term: **15 Years**

(21) Appl. No.: **29/810,610**

(22) Filed: **Oct. 6, 2021**

### Related U.S. Application Data

(62) Division of application No. 29/712,365, filed on Nov. 7, 2019, now Pat. No. Des. 935,892.

(51) **LOC (14) Cl.** ............................................. **09-05**
(52) **U.S. Cl.**
USPC ....................................................... **D9/695**
(58) **Field of Classification Search**
USPC ......... D9/695–699, 702–703, 705, 707–708, D9/711–712, 521–522, 516, 541, D9/556–560, 723–729, 447, 442–443, D9/453, 730, 686, 688–693, 435, 440; D28/91.1, 76–78, 82, 88, 7; D4/112, D4/114; D24/119, 133; D19/66
CPC ........ B65D 35/00; B65D 35/28; B65D 35/02; B65D 35/04; B65D 35/08; B65D 35/36; B65D 35/38; B65D 5/00; B65D 5/001; B65D 5/0227; B65D 5/0254; B65D 5/0045; B65D 5/18; B65D 5/2033; B65D 5/38; B65D 1/32; B65D 1/00; B65D 1/322; B65D 1/24; B65D 1/38
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D604,164 S | 11/2009 | Miller et al. | |
| D693,237 S | 11/2013 | Bates et al. | |
| D760,592 S | 7/2016 | Charnley | |
| D858,307 S | 9/2019 | Latour et al. | |
| D924,059 S | 7/2021 | Lyon et al. | |
| D925,372 S | 7/2021 | Maclam et al. | |
| D935,892 S | * 11/2021 | Zaharinov | ..................... D9/695 |

OTHER PUBLICATIONS

Restriction Requirement dated Jun. 7, 2021 in U.S. Appl. No. 29/712,365.

* cited by examiner

*Primary Examiner* — Abraham Bahta
(74) *Attorney, Agent, or Firm* — Marshall, Gerstein & Borun LLP

(57) **CLAIM**

The ornamental design for a collapsible container, as shown and described.

### DESCRIPTION

FIG. **1** is a perspective view of the collapsible container showing my new design;
FIG. **2** is a front view of the design shown in FIG. **1**, the back view being a mirror image thereof; and,
FIG. **3** is a left side view of the design shown in FIG. **1**, the right side view being a mirror image thereof.
The broken lines are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**     Oct. 24, 2023     Sheet 1 of 3     US D1,002,386 S



FIG.1



FIG. 2



FIG. 3