**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DIFOLD INC.,

     Plaintiff,

   v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

Case No.: 24-cv-61292-RS

**ORDER DENYING PRELIMINARY INJUNCTYION, DISSOLVING**
**TEMPORARY RESTRAINING ORDER AND DISMISSING CASE**

This cause came before the Court upon Plaintiff's Second Renewed *Ex Parte* Application

for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer

of Assets [DE 21].  The Court previously granted Plaintiff's Application for Entry of Temporary

Restraining Order and set a hearing on the Application for Preliminary Injunction for February 21,

2025.  A review of the record indicates that Defendants were not properly served, as the summons

does not comply with Federal Rule of Civil Procedure 4(a).  Consequently, it is

     **ORDERED** that:

     1.     Plaintiff's Second Renewed *Ex Parte* Application for Entry of Temporary

Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets [DE 21] is

**DENIED.**

     2.     The Court's February 7, 2025 Temporary Restraining Order is **DISSOLVED.**

1

3.     This matter is **DISMISSED without prejudice.**

4.     All pending motions are **DENIED as moot.**

5.     This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of February, 2025.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
Counsel of Record
Seal Clerk